September 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARY SHAVERS, ERMA HARRIS, WANDA COLLINS, DIANA OFFORD, JOEL COCKRELL, CHARLES RANDLE, WALTER DAVIS, REVERAND GILMORE, BINNIE SHELLEY, GLORIA SIMMONS, BENNY SOLOMON, MERCHERA BURRELL, JAMES BURRELL, CAROLYN RANDLE, BESSIE COCKRELL, MARY ANDERSON, ROBERT BLACKMAN, OSCAR COCKRELL, WINTER GORDON, JR, EDDIE ANDERSON, TOMMY BLACKMON, JOHN BLACKMON, DONALD RODGERS, JOYCE STEIN, ELLA BANKS, VIOLA RANDLE, ROSIE BEAL, GOKI DEVELOPMENT CORPORATION, Appellants

NO. 14-15-00169-CV            V.

LINEBARGER GOGGAN BLAIR & SAMPSON, FORT BEND COUNTY TAX ASSESSOR COLLECTOR, AND FORT BEND APPRAISAL DISTRICT, Appellees

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on January 6, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Diogu Kalu Diogu II.

We further order this decision certified below for observance.